# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

140846

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

JODI ALLEN,
      Plaintiff/Counter-Defendant/
      Appellee,

v

CITY OF LAINGSBURG,
      Defendant/Counter-Plaintiff/
      Appellant,

and

SHIAWASSEE COUNTY DRAIN
COMMISSIONER,
      Defendant,

and

CITY OF LAINGSBURG,
      Third Party Plaintiff,

v

CARRIE ALLEN, LARRY EAKIN,
BRIDGET EAKIN, ROBERT HURST and
JAYNE HURST,
      Third Party Defendants.

SC: 140846
COA: 286031
Shiawassee CC: 07-005653-CH

_____/

      On order of the Court, the application for leave to appeal the February 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

_____
Clerk

p0908